UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASSOCIATION OF CONDOMINIUM OWNERS OF THE JUANITA BAY CONDOMINIUM,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | CASE NO. C16-1194 BJR<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Stipulated Motion to Continue Deadlines (Dkt. No. 20), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

1     Therefore, IT IS ORDERED that the request to revise the existing case schedule is
2 DENIED without prejudice to bring a renewed motion which cures the defects noted above and
3 outlines a plan for meeting the revised deadlines.
4     The clerk is ordered to provide copies of this order to all counsel.
5     Dated April 26, 2017.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge